| Filer's Name, Address, Phone, Fax, Email: | UNITED STATES BANKRUPTCY COURT |
|---|---|
| Donald L. Spafford, Jr. 6188<br>Pauahi Tower, Suite 470<br>1003 Bishop Street<br>Honolulu, HI 96813<br>(808) 532-6300<br>Fax: (808) 532-6309<br>spafford@lava.net | DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 |

hib_I009-1 (12/09)

| Debtor: **Mariusz Mazur** | Case No.: **10-03027** |
|---|---|
| Joint Debtor:<br>(if any) | Chapter: **7** |

## COVER SHEET FOR AMENDMENTS

*Check all of the following that are being amended.*

Schedules: ☐ A ☐ B ☐ C ☐ G ☐ H ☐ I ☐ J

Schedules: ☐ D ☐ E ☒ F ($26 fee for 1 or more)

☐ List of Creditors / Mailing Matrix

☐ ($26 fee unless (i) only updating an address, or (ii) only adding a creditor's attorney, or (iii) uploading creditors in ECF without amending schedules)

☐ Statement of Financial Affairs

☐ Statement of Intention

☐ Statement of Monthly Income (Ch 7 - with Means Test / Ch 13 - with Disposable Income Calculation)

☐ List of Equity Security Holders

☐ List of 20 Largest Unsecured Creditors

### DECLARATION BY DEBTOR(S)

I declare under penalty of perjury that the attached amendments are correct to the best of my knowledge, information, and belief. *[If filing electronically through ECF, a **Declaration re: Electronic Filing** with original signatures must be submitted on paper not later than 7 days after filing the amendments.]*

_____
**Mariusz Mazur**
Signature of Debtor
Dated: 11/03/2010

### CERTIFICATE OF SERVICE

The undersigned certifies:

☒ Notice of the amendments has been served on all creditors and parties in interest on the attached service list. (If exemptions or exemption amounts have been amended, a copy of Schedule C has been served on all creditors and parties in interest.)

☒ A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on the additional creditors and parties in interest identified on the attached service list.

Dated: 11/3/2010

_____
Donald L. Spafford, Jr. 6188

**Attach amended schedules or statements to cover sheet. Attach a service list with names and addresses where notice was sent.**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Hawaii

In re   **Mariusz Mazur**
             Debtor

Case No. **10-03027**

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 22,904.32 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 183,842.57 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 387.18 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,780.00 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| | | Total Assets | 22,904.32 | | |
| | | | Total Liabilities | 183,842.57 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Hawaii

In re **Mariusz Mazur**

Debtor

Case No. **10-03027**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | 387.18 |
| Average Expenses (from Schedule J, Line 18) | 2,780.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | 1,134.00 |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 183,842.57 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 183,842.57 |

In re **Mariusz Mazur** Case No. **10-03027**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0382<br><br>Allgate Financial Llc<br>707 Skokie Blvd Ste 375<br>Northbrook, IL 60062 | | - | Opened 10/01/09<br>Factoring Company Account<br>Chase Bank USA N.A. | | | | 1,261.00 |
| Account No. xxxxxxxxxxxx1123<br><br>American Express<br>c/o Becket and Lee LLP<br>Po Box 3001<br>Malvern, PA 19355 | | - | Opened 6/21/07 Last Active 3/19/08<br>Credit Card | | | | 15,426.00 |
| Account No. xxxxxxxxxxxx7783<br><br>American Express<br>c/o Becket and Lee LLP<br>Po Box 3001<br>Malvern, PA 19355 | | - | Opened 11/15/07 Last Active 6/25/08<br>Credit Card | | | | Unknown |
| Account No. xxxxxxxx7322<br><br>American Home Mtg Svci<br>P.O. Box 631730<br>Irving, TX 75063-1730 | | - | Opened 8/01/05 Last Active 10/04/05<br>Real Estate Mortgage<br>Without Other Collateral | | | | 0.00 |
| _8_ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 16,687.00 |

In re **Mariusz Mazur**, Case No. **10-03027**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx7SAH<br><br>Arnoldharris/Med Business Bureau<br>1460 Renaissance Dr<br>Park Ridge, IL | | - | Last Active 5/16/05<br>Med1 Sacred Heart Outpatient | | | | Unknown |
| Account No. xxxx8225<br><br>Bac Home Loans Servicing<br>450 American St<br>Simi Valley, CA 93065 | | - | Opened 2/23/06 Last Active 2/12/09<br>Conventional Real Estate Mortgage | | | | Unknown |
| Account No. xxxxxx5493<br><br>Bmw Financial Services<br>5550 Britton Parkway<br>Hilliard, OH 43026 | | - | Opened 12/01/04 Last Active 12/14/06<br>Automobile | | | | Unknown |
| Account No. xxxxxxxx2458<br><br>Chase<br>201 N. Walnut St//De1-1027<br>Wilmington, DE 19801 | | - | Opened 10/01/07 Last Active 4/30/08<br>Credit Card | | | | 13,435.00 |
| Account No. xxxxxxxxx4998<br><br>Chase<br>9451 Corbin Avenue<br>Northridge, CA 91328 | | - | Opened 12/01/03 Last Active 9/05/06<br>Conventional Real Estate Mortgage | | | | Unknown |

Sheet no. __1__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     13,435.00

In re **Mariusz Mazur**, Debtor

Case No. **10-03027**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx4536<br><br>Chase<br>201 N. Walnut St//De1-1027<br>Wilmington, DE 19801 | - | | Opened 8/14/07 Last Active 4/30/08<br>Credit Card | | | | Unknown |
| Account No. xxxxxxxx0013<br><br>Chase<br>201 N. Walnut St//De1-1027<br>Wilmington, DE 19801 | - | | Opened 2/01/03 Last Active 3/12/08<br>Credit Card | | | | Unknown |
| Account No. xxxxxxxxx4998<br><br>Chase<br>9451 Corbin Avenue<br>Northridge, CA 91328 | - | | Opened 12/01/03 Last Active 9/05/06<br>Conventional Real Estate Mortgage | | | | 0.00 |
| Account No. xxxxxx4210<br><br>Chrysler Financial<br>999 Oakmont Plaza Dr<br>Westmont, IL 60559 | - | | Opened 1/01/02 Last Active 10/29/04<br>Automobile | | | | Unknown |
| Account No. xxxxxxxxxxxx7948<br><br>Citibank USA<br>Attn.: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195 | - | | Opened 6/01/07 Last Active 3/16/09<br>Charge Account | | | | 2,244.00 |

Sheet no. **2** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,244.00**

In re **Mariusz Mazur** Case No. **10-03027**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx1524<br><br>Citibank USA<br>Attn.: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195 | | - | Opened 12/15/02 Last Active 2/01/07<br>Charge Account | | | | Unknown |
| Account No. xxxx7746<br><br>Collection<br>700 Longwater Dr<br>Norwell, MA 02061 | | - | Opened 12/01/08<br>Collection Attorney 04 Village Of Bolingbrook | | | | 195.00 |
| Account No. xxxx6266<br><br>Collection<br>700 Longwater Dr<br>Norwell, MA 02061 | | - | Opened 12/01/08<br>Collection Attorney 04 Village Of Bolingbrook | | | | 120.00 |
| Account No. xxxx6267<br><br>Collection<br>700 Longwater Dr<br>Norwell, MA 02061 | | - | Opened 12/01/08<br>CollectionAttorney 04 Village Of Bolingbrook | | | | 120.00 |
| Account No. xxxxxx9907<br><br>Crd Prt Asso<br>Attn: Bankruptcy<br>Po Box 802068<br>Dallas, TX 75380 | | - | 2008<br>11 Comcast | | | | 171.00 |

Sheet no. **3** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **606.00**

In re **Mariusz Mazur** , Case No. **10-03027**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx2773 <br><br> Credit Management <br> 4200 International Pwy <br> Carrolton, TX 75007 | | - | Opened 10/01/09 <br> Collection Attorney Comcast Chicago Seconds - 2000 | | | | 171.00 |
| Account No. xxxx6265 <br><br> Eos Cca <br> 700 Longwater Dr <br> Norwell, MA 02061 | | - | Opened 12/01/08 <br> Collection Attorney Village Of Bolingbrook | | | | 120.00 |
| Account No. xxxx5306 <br><br> Ford Motor Credit Corporation <br> National Bankruptcy Center <br> Po Box 6275 <br> Dearborn, MI 48121 | | - | Opened 11/01/04 Last Active 7/21/08 <br> Automobile | | | | 7,137.00 |
| Account No. xxxxxx8530 <br><br> GMAC <br> Attention: Bankruptcy Dept. <br> 1100 Virginia Drive <br> Fort Washington, PA 19034 | | - | Opened 2/01/06 Last Active 12/17/07 <br> CreditLine Secured | | | | 26,192.00 |
| Account No. xxxxxxxxx7627 <br><br> Green Point Savings <br> Po Box 84013 <br> Columbus, GA 31908 | | - | Opened 2/23/06 Last Active 9/19/07 <br> Conventional Real Estate Mortgage | | | | Unknown |

Sheet no. **4** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 33,620.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Mariusz Mazur**, Case No. **10-03027**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Heritage Pacific Financial<br>17120 N. Dallas Pkway.<br>Dallas, TX 75248 | | - | Unknown<br>Unknown | | | | 39,572.00 |
| Account No. xxxxxxxxx2401<br><br>Homeq<br>Attn: Bankruptcy Department<br>1100 Corporate Center<br>Raleigh, NC 27607 | | - | Opened 6/30/06 Last Active 9/19/07<br>Conventional Real Estate Mortgage | | | | Unknown |
| Account No. xxxxxxxxxxxx2689<br><br>Litton Loan Servicing<br>Attention: Bankruptcy<br>4828 Loop Central Drive<br>Houston, TX 77081 | | - | Opened 6/01/06 Last Active 8/07/06<br>Conventional Real Estate Mortgage | | | | Unknown |
| Account No. xxxxxxxxxxxx3158<br><br>Litton Loan Servicing<br>Attention: Bankruptcy<br>4828 Loop Central Drive<br>Houston, TX 77081 | | - | Opened 6/30/06 Last Active 7/13/07<br>Conventional Real Estate Mortgage | | | | Unknown |
| Account No. xxxxxxxxxxxx7948<br><br>Ltd Financial Svcs Lp<br>7322 Southwest Fwy Ste 1<br>Houston, TX 77074 | | - | Opened 2/01/10<br>Collection Attorney Advantage Assets Ii Inc. | | | | 2,244.00 |

Sheet no. **5** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 41,816.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re  Mariusz Mazur,  Case No. 10-03027
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx5635<br><br>Midland Credit Management<br>Po Box 939019<br>San Diego, CA 92193 | | - | Opened 10/01/08<br>Factoring Company Account US Bank | | | | 22,198.00 |
| Account No. xxxxx4414<br><br>NCO Financial Systems<br>507 Prudential Rd<br>Horsham, PA 19044 | | - | 20009<br>World Discount Telecom | | | | 223.00 |
| Account No. xx9382<br><br>Nicor Gas<br>Attention: Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507 | | - | Opened 9/25/06 Last Active 3/12/08<br>Agriculture | | | | 658.00 |
| Account No.<br><br>Paypal<br>P.O. Box 45950<br>Omaha, NE 68145-0950 | | - | unknown<br>unknown charges not authorized by debtor | | | X | 2,624.57 |
| Account No. xxxxx2771<br><br>Peoples Gas & Energy<br>122 South Michigan Avenue<br>Chicago, IL 60603 | | - | Opened 12/20/01 Last Active 1/20/03<br>Agriculture | | | | Unknown |

Sheet no. 6 of 8 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  25,703.57

In re  Mariusz Mazur
_____,
Debtor

Case No. __10-03027__

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx8458<br><br>Prin Res Mtg<br>Attn: Bankruptcy<br>4303 Fleur Drive<br>Des Moines, IA 50321 | | - | Opened 1/01/03 Last Active 1/01/04<br>Conventional Real Estate Mortgage | | | | Unknown |
| Account No. xxxxx3945<br><br>Resurgent<br>Po Box 10584<br>Greenville, SC 29603 | | - | Opened 6/30/06 Last Active 9/19/07<br>Conventional Real Estate Mortgage | | | | Unknown |
| Account No. xxxxxxxxxxx1369<br><br>Us Bank/na Nd<br>Attn: Bankruptcy Dept<br>Po Box 5229<br>Cincinnati, OH 45201 | | - | Opened 1/10/03 Last Active 6/07/05<br>Charge Account | | | | Unknown |
| Account No. xxxxxxxx0101<br><br>US Bank/NA ND<br>101 5th St E Ste A<br>St Paul, MN 55101 | | - | Opened 6/01/07 Last Active 10/31/08<br>Credit Card | | | | Unknown |
| Account No. xxxxxxxxxxxx7325<br><br>WFNNB<br>Po Box 182686<br>Columbus, OH 43218 | | - | Opened 9/01/03 Last Active 2/09/04<br>Charge Account | | | | Unknown |

Sheet no. __7__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Mariusz Mazur**
Debtor

Case No. **10-03027**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx1564 <br><br> Wilshire Credit Corp <br> Attn: Bankruptcy Depart. (CA6-91) <br> Po Box 5170 <br> Simi Valley, CA 93062 | - | | Opened 8/01/05 Last Active 9/19/07 <br> Real Estate Mortgage <br> Without Other Collateral | | | | 49,731.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **8** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **49,731.00**

Total (Report on Summary of Schedules) **183,842.57**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

## Additional Creditor

Paypal
P.O. Box 45950
Omaha, NE 68145-0950

Allgate Financial Llc  
707 Skokie Blvd Ste 375  
Northbrook, IL 60062

American Express  
c/o Becket and Lee LLP  
Po Box 3001  
Malvern, PA 19355

American Home Mtg Svci  
P.O. Box 631730  
Irving, TX 75063-1730

Arnoldharris/Med Business Bureau  
1460 Renaissance Dr  
Park Ridge, IL

Bac Home Loans Servicing  
450 American St  
Simi Valley, CA 93065

Bmw Financial Services  
5550 Britton Parkway  
Hilliard, OH 43026

Chase  
201 N. Walnut St//De1-1027  
Wilmington, DE 19801

Chase  
9451 Corbin Avenue  
Northridge, CA 91328

Chrysler Financial  
999 Oakmont Plaza Dr  
Westmont, IL 60559

Citibank USA  
Attn.: Centralized Bankruptcy  
Po Box 20363  
Kansas City, MO 64195

Collection  
700 Longwater Dr  
Norwell, MA 02061

Crd Prt Asso  
Attn: Bankruptcy  
Po Box 802068  
Dallas, TX 75380

Credit Management  
4200 International Pwy  
Carrolton, TX 75007

Eos Cca  
700 Longwater Dr  
Norwell, MA 02061

Ford Motor Credit Corporation  
National Bankruptcy Center  
Po Box 6275  
Dearborn, MI 48121

GMAC  
Attention: Bankruptcy Dept.  
1100 Virginia Drive  
Fort Washington, PA 19034

Green Point Savings  
Po Box 84013  
Columbus, GA 31908

Heritage Pacific Financial  
17120 N. Dallas Pkway.  
Dallas, TX 75248

Homeq  
Attn: Bankruptcy Department  
1100 Corporate Center  
Raleigh, NC 27607

Litton Loan Servicing  
Attention: Bankruptcy  
4828 Loop Central Drive  
Houston, TX 77081

Ltd Financial Svcs Lp  
7322 Southwest Fwy Ste 1  
Houston, TX 77074

Midland Credit Management  
Po Box 939019  
San Diego, CA 92193

NCO Financial Systems  
507 Prudential Rd  
Horsham, PA 19044

Nicor Gas  
Attention: Bankruptcy Department  
Po Box 190  
Aurora, IL 60507

Paypal  
P.O. Box 45950  
Omaha, NE 68145-0950

Peoples Gas & Energy  
122 South Michigan Avenue  
Chicago, IL 60603

Prin Res Mtg  
Attn: Bankruptcy  
4303 Fleur Drive  
Des Moines, IA 50321

Resurgent  
Po Box 10584  
Greenville, SC 29603

Us Bank/na Nd  
Attn: Bankruptcy Dept  
Po Box 5229  
Cincinnati, OH 45201

US Bank/NA ND  
101 5th St E Ste A  
St Paul, MN 55101

WFNNB  
Po Box 182686  
Columbus, OH 43218

Wilshire Credit Corp  
Attn: Bankruptcy Depart. (CA6-91)  
Po Box 5170  
Simi Valley, CA 93062